UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CISNEROS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JIM ROBERTSON,<br><br>　　　　Respondent. | Case No. 18-cv-01877-HSG<br><br>**JUDGMENT** |

This federal habeas corpus action is dismissed without prejudice for failure to exhaust state remedies. Judgment is entered in favor of Respondent.

**IT IS SO ORDERED.**

Dated: 9/5/2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　United States District Judge